UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VINCIN CAMPISE, § § § Plaintiff, § § v. § § JUDGE BRYAN F. RUSS, COURT CO-ORDINATOR CARRIE VERZENSKI, § DISTRICT CLERK BARBARA AX-TELL, CHRISTOPHER SMITHER-MAN, HECTOR DAVILA, BB&T § TRUST BANK, DAVID CLEM, § § Defendants. § | | CIVIL NO. W-22-CV-01083-ADA |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 53. The report recommends Plaintiff's Motion for Trial Setting (ECF No. 50) and Motion to Dismiss Defendants Judge Bryan F. Russ, Barbara Axtell and Carri Verzinski (allegedly misnamed as Carrie Verzenski), and to proceed to a Bench Trial against Defendants Hector Davila, Truist Bank, and Christopher Smitherman (ECF No. 51) be **DENIED**. The report further recommends that the case be **DISMISSED WITH PREJUDICE** and that the case be **CLOSED**. The report and recommendation was filed on August 8, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 53) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motions (ECF Nos. 50, 51) are **DENIED** in accordance with the Report and Recommendation.

**IT IS FURTHER ORDERED** that the case be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to **CLOSE** the case.

**SIGNED** this 6th day of September, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE